**United States District Court**
For the Northern District of California

1          *E-Filed 8/18/11*

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12    NELSON R. HERRERA, et al.,                    **No. C  11-3591 RS**

13              Plaintiffs,                         **ORDER REFERRING MATTER FOR**
                                                    **RELATED CASE DETERMINATION**
          v.

14    COUNTRYWIDE KB HOME LOANS, A
15    COUNTRYWIDE MORTGAGE
      VENTURES, LLC, et al.,
16
              Defendants.
17    _____/

18

19        Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Lucy H.

20    Koh for a determination as to whether it is related to Herrera v. Countrywide KB Home Loans et al,

21    C 10-0902 LHK.

22

23

24    IT IS SO ORDERED.

25    Dated:  8/18/11
                                                    _____
26                                                  RICHARD SEEBORG
                                                    UNITED STATES DISTRICT JUDGE
27

28
                                            1
                                                              No. C  11-3591 RS
                                                              ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Nelson R. Herrera**
341 Rayos Del Sol Drive
San Jose, CA 95116

**Nenebeth T. Herrera**
341 Rayos Del Sol Drive
San Jose, CA 95116

DATED:   8/18/11

/s/ Chambers Staff

Chambers of U.S. District Judge Richard Seeborg

United States District Court
For the Northern District of California

2

No. C  11-3591 RS
ORDER