UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON R HERRERA, an individual; NENEBETH T HERRERA, an individual<br><br>Plaintiffs,<br>v.<br><br>COUNTRYWIDE KB HOME LOANS, A COUNTRYWIDE MORTGAGE VENTURES LLC, a Delaware Limited Liability Corporation; BAC HOME LOAN SERVICING, LP, a Business Entity, form unknown; CITIBANK, N.A.; RECONTRUST COMPANY, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:11-CV-03591-LHK<br><br>ORDER SCHEDULING CASE MANAGEMENT CONFERENCE FOR DECEMBER 15, 2011 AT 1:30 P.M. |

Pursuant to the parties' October 13, 2011 joint stipulation, the Court hereby schedules the initial case management conference for December 15, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 14, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:11-CV-03591-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE